[No. 19235–3–I. Division One. September 6, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LELAND R. JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–00945–7, Stuart C. French, J., entered September 3, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Pekelis, J.

[Nos. 19324–4–I; 21163–3–I. Division One. September 6, 1988.]

SHELDON SOULE, *Appellant,* v. THE CITY OF SNOHOMISH, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–02981–8, Dennis J. Britt, J., entered July 25, 1986. *Affirmed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Coleman, A.C.J., and Webster, J.

[No. 19571–9–I. Division One. September 6, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT EUGENE LOUGH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–01595–3, Frank L. Sullivan, J., entered November 21, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster and Winsor, JJ.